**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
MAXIMIANO GONZALEZ-ALMANZAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMIANO GONZALEZ-ALMANZAR,<br><br>Defendant. | Case No. 2:10-cr-00389 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko P. Coppola, and defendant Maximiano Gonzalez-Almanzar, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference in the above-captioned matter, October 14, 2011 at 10:00 a.m. and to continue the status conference to November 18, 2011 at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia.

Clemente Jimenez was recently appointed to provide a second opinion to Mr. Gonzalez-Almanzar regarding the advisability of accepting the current plea agreement. This continuance is requested to permit Mr. Jimenez additional time to review the discovery and the plea agreement and to meet with Mr. Gonzalez-Almanzar, who is in custody and housed in Oroville, CA. Ms. Radekin has consulted with Mr. Jimenez, and he confirms he needs this continuance for this purpose. Ms. Radekin has also discussed this matter with Mr. Coppola, and he has no objection to a continuance for this purpose. Further, he has authorized Ms. Radekin to sign this stipulation on his behalf.

1     The parties further agree and stipulate that the time period from the filing of this stipulation until November 18, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: October 13, 2011                               BENJAMIN WAGNER
                                                                   United States Attorney

                                                                 By:      /s/ Heiko P. Coppola
                                                                     HEIKO P. COPPOLA
                                                                     Assistant United States Attorney

Dated: October 13, 2011                                         /s/ Erin J. Radekin
                                                                   ERIN J. RADEKIN
                                                                   Attorney for Defendant
                                                                   MAXIMIANO GONZALEZ-ALMANZAR

## **ORDER**

    For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of October 14, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on November 18, 2011 at 10:00 a.m. in the courtroom of the Honorable Edward J. Garcia. The court finds excludable time in this matter through November 18, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 10/13/2011                                                    /s/ Edward J. Garcia
                                                                   HON. EDWARD J. GARCIA
                                                                   United States District Judge