**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
MAXIMIANO GONZALEZ-ALMANZAR

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAXIMIANO GONZALEZ-ALMANZAR,<br><br>    Defendant. | Case No. 2:10-cr-00389 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko P. Coppola, and defendant Maximiano Gonzalez-Almanzar, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference in the above-captioned matter, November 18, 2011 at 10:00 a.m. and to continue the status conference to January 13, 2012 at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia.

Clemente Jimenez. who was appointed to provide a second opinion, has reviewed the case and met with Mr. Gonzalez-Almanzar regarding the advisability of accepting the current plea agreement.  This continuance is requested to permit Ms. Radekin to meet with Mr. Gonzalez-Almanzar to discuss the advisability of proceeding to trial as well as his defense at trial.  Ms. Radekin has discussed this matter with Mr. Coppola, and he has no objection to a continuance for this purpose.  Further, he has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation

until January 13, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: November 16, 2011

BENJAMIN WAGNER
United States Attorney

By: /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: November 16, 2011

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
MAXIMIANO GONZALEZ-ALMANZAR

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of November 18, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on January 13, 2012 at 10:00 a.m. in the courtroom of the Honorable Edward J. Garcia. The court finds excludable time in this matter through January 13, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 11/16/11

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge