**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
MAXIMIANO GONZALEZ-ALMANZAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMIANO GONZALEZ-ALMANZAR,<br><br>Defendant. | Case No. 2:10-cr-00389 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko P. Coppola, and defendant Maximiano Gonzalez-Almanzar, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference in the above-captioned matter, February 17, 2012 at 10:00 a.m. and to continue the status conference to March 2, 2012 at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia.

The reason for this request is that Ms. Radekin needs additional time to meet with Mr. Gonzalez-Almanzar in Oroville, California to discuss setting the case for trial. Ms. Radekin has been unable to travel to Oroville before this time due to her foot injury, surgery, recovery, and limited mobility. While she still has limited mobility, she is now physically able to drive to Oroville to meet with Mr. Gonzalez-Almanzar. It should also be noted that Ms. Radekin has a scheduling conflict with the current court date of February 17, 2012. The parties contemplate that they will be prepared to set the matter for trial on March 2, 2012. The court is advised that Ms. Radekin has discussed this

matter with Mr. Coppola, he has no objection to a continuance for this purpose, and he has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 2, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 13, 2012　　　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　By:　　　/s/ Heiko P. Coppola
　　　　　　　　　　　　　　　　　　　　　　HEIKO P. COPPOLA
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: February 13, 2012　　　　　　　　　　　　/s/ Erin J. Radekin
　　　　　　　　　　　　　　　　　　　　　　ERIN J. RADEKIN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　MAXIMIANO GONZALEZ-ALMANZAR

/ / /

/ /

/

| | |
|---|---|
| 1 | **ORDER** |
| 2 | For the reasons set forth in the accompanying stipulation and declaration of counsel, the |
| 3 | status conference of February 17, 2012 at 10:00 a.m. is VACATED and the above-captioned matter |
| 4 | is set for status conference on March 2, 2012 at 10:00 a.m. in the courtroom of the Honorable |
| 5 | Edward J. Garcia. The court finds excludable time in this matter through March 2, 2012 under 18 |
| 6 | U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow |
| 7 | reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, |
| 8 | the Court finds that the interest of justice served by granting the request outweigh the best interests |
| 9 | of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv). |
| 10 | IT IS SO ORDERED. |
| 11 | Dated:  February 14, 2012           /s/ Edward J. Garcia |
| | HON. EDWARD J. GARCIA |
| 12 | United States District Judge |